# Exhibit 1

IN THE SUPERIOR COURT OF HART COUNTY
STATE OF GEORGIA

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY COMPANY, T.J. SELLER and ELIZABETH SELLER, <br><br> Plaintiffs, <br><br> v. <br><br> WATTS WATER TECHNOLOGIES, INC., <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 13HV78H <br><br> SECOND ORIGINAL |

## COMPLAINT

COME NOW Plaintiffs and hereby file this Complaint against Defendant, showing as follows:

1.

Plaintiff Metropolitan Property and Casualty Company ("Metropolitan") is an insurance company authorized to do business in the state of Georgia. It issued a policy to T.J. Seller and Elizabeth Seller covering their lake home located at 1885 Milltown Road, Hartwell, Hart County, Georgia 30643.

2.

Defendant Watts Water Technologies, Inc. ("Watts") is a corporation with its principal place of business located in the state of Massachusetts at 815 Chesnutt Street, North Andover, Massachusetts 01845-6098. Defendant Watts is not registered to do business in the state of Georgia.

Mozley, Finlayson & Loggins LLP
limited Liability Partnership
One Premier Plaza
Suite 900
6805 Glenridge Drive
Atlanta, Georgia 30342

3.

Defendant Watts is subject to the personal jurisdiction of this Court pursuant to Georgia's long-arm statute, O.C.G.A. § 9-10-90, et. seq. on two grounds: (1) it transacts business within the state of Georgia; and (2) it committed a tortuous injury in the state of Georgia caused by an act or omission outside the state of Georgia and regularly does or solicits business within this state.

4.

Defendant Watts may be served with a second original of this Complaint and Summons pursuant to O.C.G.A. § 9-10-94 at its corporate office in Massachusetts in the same manner as service is made within the state of Georgia.

5.

On June 30, 2011, the Sellers suffered water damage at their lake home when a water filter and tube, manufactured by Defendant Watts, in the ice maker of their refrigerator failed, causing water to escape and damage the Sellers' lake home and contents therein.

6.

Defendant Watts' tube and filter failed as a result of Defendant Watts' negligent design and/or manufacture. Defendant Watts failed to exercise ordinary care with respect to the design and manufacture of the tub and filter in that, among other things, it improperly selected and manufactured the material. The tube degraded and cracked as a result of improper materials and/or manufacture causing it to fail even though it was subject only to ordinary operating pressure.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

7.

The failure of the tube and resulting damages to the Sellers' home and property was proximately caused by the negligence of Defendant Watts.

8.

Plaintiff Metropolitan, as the homeowner's carrier for the Sellers, paid them insurance proceeds in the amount of $106,662.26 as a result of the loss. Metropolitan steps into the shoes of the Sellers and is entitled to bring this action to recover the insurance proceeds it paid from Defendant Watts. In addition, the Sellers suffered uninsured losses to be proved at trial

WHEREFORE, Plaintiffs pray for the following relief:

a. Judgment in favor of Plaintiffs T. J. Seller and Elizabeth Seller against Defendant in an amount to be proved at trial;

b. Judgment in favor of Plaintiff Metropolitan and against Defendant in at least the amount of $106,662.20;

c. Pre-judgment and post-judgment interest;

d. Costs of this action; and

e. Any other and further relief that this Court deems just and property.

Respectfully submitted, this 14th day of February, 2013.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5805 Glenridge Drive
Atlanta, Georgia 30342

                                                                                    Edward C. Bresee, Jr.
                                                                                    Georgia Bar No. 004820
                                                                                    *Attorneys for Plaintiff*

Mozley, Finlayson & Loggins LLP
One Premier Plaza; Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
Telephone:   404.256.0700
Facsimile:   404.250.9355
335061

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

- 4 -

SECOND ORIGINAL

## IN THE SUPERIOR COURT OF HART COUNTY
## STATE OF GEORGIA

METROPOLITAN PROPERTY AND
CASUALTY COMPANY, T. J. SELLER
and ELIZABETH SELLER,

CIVIL ACTION FILE NO.

13AV185

    Plaintiffs,

v.

WATTS WATER TECHNOLOGIES,
INC.

    Defendant.

SECOND ORIGINAL      **SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court, P.O. Box 386, Hartwell, Georgia 30643, and serve upon the Plaintiffs' attorney, whose name and address is:

> Edward C. Bresee, Jr., Esq.
> Mozley, Finlayon & Loggins, LLP
> One Premier Plaza, Suite 900
> 5605 Glenridge Drive
> Atlanta, GA 30342
> (404) 256-0700

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 18 day of February, 2013.

Clerk of the Superior Court

By: _____
    Deputy Clerk